UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PDK COMMERCIAL PHOTOGRAPHERS, LTD.<br><br>       Plaintiff,<br><br>- against -<br><br>WORKVILLE LLC<br><br>       Defendant. | Docket No. 1:20-cv-00056-NRB |

~~[PROPOSED]~~ **DEFAULT JUDGMENT**

  Upon consideration of the Plaintiff's motion for default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of former plaintiff's counsel Richard Liebowitz and exhibits attached thereto, the declaration of Plaintiff Alan Kazin, and exhibits attached thereto, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

  **ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Workville LLC ("Defendant");

2. Defendant is to pay $1,500.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $637.50 in attorneys' fees under the Court's inherent power and $440.00 in costs pursuant to Fed.R.Civ.P. 54(d);

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. the Court retain jurisdiction over any matter pertaining to this judgment;

6.     this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

Dated: New York, NY
       April 9, 2021

**SO ORDERED.**

Naomi Reice Buchwald (U.S.D.J.)